IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LASHAN M. TREMBLE,<br><br>    Plaintiff,<br><br>  v.<br><br>CHATHAM COUNTY DETENTION CENTER, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-223 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's October 4, 2022, Report and Recommendation, (doc. 4), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, Plaintiff's Motion to Proceed *in forma pauperis*, (doc. 2), is **DENIED**. Since the Complaint, (doc. 1), fails to state a claim upon which relief can be granted under 42 U.S.C. § 1983, any opportunity for Tremble to pay the filing fee would be futile. See LR. 4.2(2). His Complaint, (doc. 1), is, therefore **DISMISSED without prejudice**.[1] The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 2nd day of November, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In fact, the Report and Recommendation was also returned as undeliverable. (Doc. 6.) He, therefore, appears to have failed to comply with the Local Rules' requirement "to appraise the Court of any address change." L.R. 11.1. Tremble's noncompliance with Local Rule 11.1 provides an alternative basis for dismissal. *Cf.* Fed. R. Civ. P. 41(b).